DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

STATE v. SHIVER

No. 567P85.

Case below: 70 N.C. App. 496.

Petition by defendant for writ of certiorari to the North Carolina Court of Appeals denied 1 October 1985.

STATE v. SIDERS & BAKER

No. 336P85.

Case below: 74 N.C. App. 609.

Petition by defendant (Siders) for discretionary review under G.S. 7A-31 denied 1 October 1985. Petition by defendant (Baker) for writ of certiorari to the North Carolina Court of Appeals denied 1 October 1985.

STATE v. STAFFORD

No. 598A85.

Case below: 77 N.C. App. 19.

Petition by Attorney General for writ of supersedeas under Rule 23 allowed 22 October 1985.

STATE v. STALLINGS

No. 652P85.

Case below: 77 N.C. App. 375.

Petition by defendant for writ of supersedeas and temporary stay denied 30 October 1985.

STATE v. TALBERT

No. 394P85.

Case below: 75 N.C. App. 200.

Petition by defendant for discretionary review under G.S. 7A-31 denied 1 October 1985.